UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil File No.: 1:25-cv-298

| | |
|---|---|
| THE RESIDENCES AT BILTMORE CONDOMINIUM OWNERS' ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> OWNERS INSURANCE COMPANY, <br><br> Defendant. | **PETITION FOR REMOVAL TO FEDERAL COURT** |

Defendant, Owners Insurance Company ("Owners Insurance," "Defendant"), by and through its undersigned counsel, respectfully petitions to remove the above-entitled action from the Superior Court of Buncombe County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. § 1331 and § 1441(b). In support of this Petition for Removal, Defendant states as follows:

COMMENCEMENT OF STATE COURT ACTION

1. On July 25, 2025, Plaintiff, The Residences at Biltmore Condominium Owners' Association ("RAB," "Plaintiff") commenced this action against Owners Insurance by filing Plaintiff's Complaint in the General Court of Justice of Buncombe County, North Carolina, Superior Court Division, entitled *The Residences at Biltmore Condominium Owners' Association, Inc.* v. *Owners Insurance Company;* Case No. 25CV004557-100 (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(b), Owners Insurance hereby files this Notice of Removal within 30 days after its receipt, through service or otherwise, of the Summons and Complaint from which it was first ascertained that this case is one which has become removable, and therefore this Notice of Removal has been timely filed.

## GROUNDS FOR REMOVAL

3. The State Court Action is removable to this Court under 28 U.S.C. § 1332 based on an amount in controversy greater than $75,000 and complete diversity of citizenship between the parties.

4. The Complaint correctly alleges that Owners Insurance Company is organized under the laws of the State of Ohio.

5. Plaintiff is a non-profit corporation organized and existing under the laws of the State of North

6. The claim for damages in the Complaint seeks reimbursement related to fire damage to seven condominium units at The Residences at Biltmore. According to the Complaint, after accounting for an initial payment made under the policy and its deductible, Plaintiff alleges it is owed a total of $159,369.19. Plaintiff also alleges unfair and deceptive trade practices, which the Plaintiff contends trebles those damages. The amount in controversy alleged by Plaintiff therefore exceeds $75,000.00.

7. Based on the complete diversity of citizenship and the amount in controversy, Defendant is entitled to remove the State Court Action to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

## STATE COURT PLEADINGS

8. Pursuant to the provisions of 28 U.S.C. §1446, a copy of the pleadings in the State Court Action are attached hereto as Exhibit "A," and incorporated herein by reference.

## VENUE

9. The United States District Court for the Western District of North Carolina encompasses the district and county in which the aforementioned State Court action is now pending.

## NOTICE

10. A true and accurate copy of this Notice of Removal will be filed with the Superior Court of Buncombe County, North Carolina, promptly after filing it with this Court. Written Notice of the filing of this Notice will be given to adverse parties as required by law and is attached hereto as Exhibit B.

WHEREFORE, Defendant prays that this action be removed from the Superior Court of Buncombe County, North Carolina, to the United States District Court for the Western District of North Carolina, and for such other and further relief as the Court deems just and proper.

This the 2nd day of September, 2025.

BOVIS KYLE BURCH & MEDLIN, LLC

/s/Camilla F. DeBoard
Camilla F. DeBoard
806 Green Valley Road, Suite 203
Greensboro, NC 27408
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
Email: cdeboard@boviskyle.com
*Attorney for Defendant Owners Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Petition for Removal to Federal Court** was served upon the parties to this action filing the foregoing document with the Clerk of Court using the CM/ECF system, and by electronic mail and U.S. Mail, postage prepaid and addressed as follows:

Murphy H. Fletcher
McGuire, Wood & Bissette, P.A.
48 Patton Avenue
Asheville, NC 28801
Email: mfletcher@mwblawyers.com
*Attorney for Plaintiff*

This the 2nd day of September, 2025.

BOVIS KYLE BURCH & MEDLIN, LLC

/s/Camilla F. DeBoard
Camilla F. DeBoard
806 Green Valley Road, Suite 203
Greensboro, NC 27408
Telephone: (336) 907-3265
Facsimile: (336) 907-4178
Email: cdeboard@boviskyle.com
*Attorney for Defendant Owners Insurance Company*