**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:25-cv-00298-MR-WCM**

| | | |
|---|---|---|
| **THE RESIDENCES AT BILTMORE CONDOMINIUM OWNERS' ASSOCIATION, INC.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **OWNERS INSURANCE COMPANY,** | ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss [Doc. 5] and the Magistrate Judge's Memorandum and Recommendation [Doc. 9] regarding the disposition of the Motion to Dismiss.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On June 1, 2026, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the Motion to Dismiss be denied. [Doc. 9 at 10]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within

fourteen (14) days of service. [Id. at 11]. The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Memorandum and Recommendation, the Court concludes that the Magistrate Judge's proposed conclusions of law are correct and consistent with current case law. Accordingly, the Court accepts the Magistrate Judge's recommendation that the Motion to Dismiss be denied.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 9] is **ACCEPTED**, and the Motion to Dismiss [Doc. 5] is **DENIED**.

**IT IS SO ORDERED**.

Signed: July 30, 2026

Martin Reidinger
Chief United States District Judge

2